R. Darrin Class OSB# 970101
Roy Law Group
1000 S.W. Broadway Suite 900
Portland, Oregon 97205
PH: 503-206-4313
FAX: 855-344-1726
darrin@roylawgroup.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| SAMANTHA POST UITERWEER,<br><br>　　　　　Plaintiff,<br>　v.<br><br>LINCOLN NATIONAL LIFE<br>INSURANCE COMPANY,<br><br>　　　　　Defendant. | No. 3:20-cv-01150-YY<br><br>ORDER OF DISMISSAL |

THE COURT having been notified of the settlement of this matter and it appearing that no issue remains for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and with each party bearing its own costs and attorneys' fees.

Samantha Post Uiterweer v. Lincoln National Life Insurance Company
Case No. 3:20-cv-01150
ORDER OF DISMISSAL
Page 1 of 2

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

In the event settlement is not perfected, any party may move to reopen the case, provided such motion is filed no later than 60 days from the date of this Order.

DATED: December 9, 2020.

       /s/ Youlee Yim You
Honorable Youlee Yim You
United States Magistrate Judge

Submitted By:
R. Darrin Class OSB# 970101
Roy Law Group
503-206-4313
Attorney for Plaintiff, Samantha Post Uiterweer

Samantha Post Uiterweer v. Lincoln National Life Insurance Company
Case No. 3:20-cv-01150
ORDER OF DISMISSAL
Page 2 of 2

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com